# EXHIBIT "A"

| | |
|---|---|
| ES FREIGHT LINES, INC., | : SUPERIOR COURT OF NEW JERSEY |
| Plaintiff | : LAW DIVISION – MIDDLESEX |
| | : COUNTY |
| v. | : |
| | : DOCKET NO.: MID-L-_____ |
| AERO FREIGHT, INC., SANDEEP SINGH, | : |
| | : CIVIL ACTION |
| Defendants | : |

## COMPLAINT

Plaintiff, ES Freight Lines, Inc., being a Pennsylvania corporation with a principal place of business located at 164 Eden Road, Quarryville, Pennsylvania 17566, by and through their undersigned counsel, Saxon & Stump, LLC, files the following Complaint in Civil Action, and in support thereof of avers as follows:

## THE PARTIES

1. Plaintiff, ES Freight Lines, Inc., is a corporation with a principal place of business located at 164 Eden Road, Quarryville, Pennsylvania 17566.

2. Upon information and belief, Defendant, Aero Freight, Inc. ("Defendant Aero"), is a corporation with a principal place of business located at 49 Carteret Avenue, Unit B, Carteret, Middlesex County, New Jersey 07008-1357.

3. Upon information and belief, Defendant, Sandeep Singh ("Defendant Singh"), is an individual residing at 12406 Sutter Avenue, 1st Floor, South Ozone Park, New York 11420.

## THE FACTS

4. On or about March 16, 2022, Plaintiff was the owner of a 2020 Volvo truck tractor with VIN No. 4V4NC9EH9LN223987 and a refrigerated 2012 Utility trailer with VIN No. DU533932 ("ES Trailer" or "ES Unit").

5. The events that give rise to the allegations complained of in this Complaint occurred on March 16, 2022, at the Ernie Pyle Travel Plaza, 7065 N 475 E, Howe, Indiana 46746 ("Travel Plaza").

6. At all material times, Defendant Aero was the owner of and in exclusive possession and control of a tractor-trailer combination ("Aero Unit").

7. At all material times, Defendant Aero held title to and owned the Aero Unit.

8. Upon information and belief, at all material times, Defendant Aero allowed its employee, workman, agent and/or servant, Defendant Singh, to operate the Aero Unit.

9. At all material times, Defendant Singh was an employee, workman, agent and/or servant who was operating the Aero Unit in the course and scope of his employment and/or agency with Defendant Aero.

10. At all material times, Defendant Aero permitted Defendant Singh to possess, drive and use the Aero Unit.

11. At all material times, Defendant Aero had actual or constructive knowledge that Defendant Singh was possessing, driving and using the Aero Unit in furtherance of Defendant Aero's business interests.

12. At all material times, Defendant Singh was operating the Aero Unit in the Travel Plaza parking lot, when he failed to observe Plaintiff's tractor-trailer which was legally parked at the fuel island directly in front of him.

13. As a result of Defendant Singh's failure to observe Plaintiff's tractor-trailer which was legally parked at the fuel island directly in front of him, Defendant Singh negligently and carelessly operated the Aero Unit in such a manner which caused him to strike the ES Unit.

14. Solely as a result of Defendant Singh's negligent and careless actions as set forth above, a collision occurred.

15. The collision caused by Defendant Singh resulted in property damage to the ES Unit totaling $11,617.37 in damages.

16. In addition, as a result of the collision, and consequential damage to the ES unit, Plaintiff was without the services of its trailer from March 16, 2022 until July 6, 2022, resulting in a downtime claim of $160,040.

17. Damages in the amounts of $160,040 in lost revenue plus $11,617.37 in property damages have been incurred by Plaintiff.

18. On April 22, 2022; June 1, 2022; July 6, 2022; July 18, 2022; and July 22, 2022, Plaintiff's counsel corresponded with the Defendants' representatives/counsel requesting payment as a result of the damages sustained by Plaintiff due to the Defendants' negligent actions as set forth more fully herein.

19. To date, Defendants have not submitted any payments or provided any responses to the Plaintiff.

## COUNT I – NEGLIGENCE
### ES Freight Lines, Inc. v. Sandeep Singh

20. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 19 of the Complaint as though set forth fully herein.

21. At all relevant times, Defendant Singh owed a duty of care to Plaintiff and Plaintiff's driver to use due care and caution in the operation and control of the vehicle Defendant Singh was operating.

22. Contrary to the duties of Plaintiff and Plaintiff's driver, Plaintiff Singh was negligent and careless in the operation of the vehicle Defendant Singh was driving.

3

23. The damages set forth herein were caused by, and were the direct and proximate result of negligence and carelessness of Defendant Singh in the following particulars:

(a) Failed to have the vehicle he was operating under proper and adequate control;

(b) Operated the Aero Unit at a dangerous and excessive rate of speed under the circumstances then and there existing;

(c) Failed to keep a proper lookout for vehicles, including Plaintiff's tractor-trailer, that were legally parked at the fuel island directly in front of him;

(d) Failed to exercise reasonable care in the operation of the Aero Unit under the circumstances then and there existing;

(e) Failed to pay sufficient attention to the roadway, vehicles ahead of him and his surroundings which resulted in him not being able to stop or slow his vehicle without striking a legally parked vehicle;

(f) Was inattentive to the traffic conditions ahead of him and those generally present at the Travel Plaza;

(g) Failed to perceive the highly apparent danger to others which the actions and/or inactions posed;

(h) Failed to exercise ordinary care to avoid an accident which resulted in damage to Plaintiff's property and other consequential damages;

(i) Failed to be highly vigilant and maintain sufficient control of said vehicle;

(j) Drove in a careless manner;

(k) Failed to execute his turn wide enough to clear Plaintiff's trailer; and

(l) Being an inattentive driver; and

4

(m)  Traveled at a dangerous rate of speed in the Travel Plaza under the circumstances then and there existing.

24. As a direct and proximate result of Defendant Singh's negligence and carelessness, Plaintiff sustained property damage and incurred other consequential damages and expenses associated with the collision caused by Defendant Singh.

WHEREFORE, Plaintiff, ES Freight Lines, Inc., demands judgment against Defendants, Sandeep Singh and Aero Freight, Inc. in the amount of $172,021.37, plus interest, costs and such other relief as this Court deems just and proper.

## COUNT II – VICARIOUS LIABILITY
### ES Freight Lines, Inc. v. Aero Freight, Inc.

25. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 24 of the Complaint as though set forth fully herein.

26. At all material times, Defendant Singh was the employee, workman, agent and/or servant of Defendant Aero Freight, Inc.

27. The aforementioned motor vehicle collision and all of the resultant property damage and related expenses sustained and incurred by Plaintiff are the direct and proximate result of the negligence and carelessness of Defendant Singh.

28. The aforementioned negligence and carelessness of Defendant Singh occurred while acting in the course scope of his employment with Defendant Aero.

29. Defendant Aero is vicariously liable to the Plaintiff for Plaintiff's property damage and other related damages/costs.

30. As a direct and proximate result of the negligence and carelessness of Defendant Singh, Plaintiff sustained property damage to its trailer, along with the other related costs and expenses as more fully set forth herein.

WHEREFORE, Plaintiff, ES Freight Lines, Inc., demands judgment against Defendants, Sandeep Singh and Aero Freight, Inc. in the amount of $172,021.37, plus interest, costs and such other relief as this Court deems just and proper.

## COUNT III – NEGLIGENT ENTRUSTMENT
### ES Freight Lines, Inc. v. Aero Freight, Inc.

31. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 30 of the Complaint as though set forth fully herein.

32. At all material times, Defendant Aero owned the Aero unit which was being operated by Defendant Singh.

33. At all material times, Defendant Singh was operating the Aero Unit with the express or implied permission of Defendant Aero.

34. At all material times, Defendant Aero had actual or constructive knowledge that Defendant Singh was possessing, operating and using the Aero Unit.

35. On March 16, 2022, Defendant Aero maintained control over the Aero Unit and had the authority to prevent Defendant Singh from driving said vehicle.

36. Instead, on March 16, 2022, Aero negligently and carelessly entrusted Defendant Singh with their tractor-trailer when they knew or should have known that Defendant Singh was likely to use the tractor-trailer in a manner involving unreasonable risk of harm to others and their property.

37. Defendant Aero negligently and carelessly entrusted Defendant Singh with their tractor-trailer when they knew or should have known the Defendant Singh was incompetent to operate the tractor-trailer.

6

38. As set forth in detail above, Defendant Singh did drive the tractor-trailer in a negligent and careless manner, and caused damages to Plaintiff's trailer, along with other damages set forth more fully herein.

39. The aforesaid collision and damages to Plaintiff's trailer occurred as a direct and proximate result of negligence, carelessness and negligence entrustment of the Aero Unit on the part of Defendant Aero, as aforesaid and in the following particulars:

(a) In negligently entrusting the aforementioned Aero Unit to Defendant Singh on or about March 16, 2022, when they knew, or should have known, that Defendant Singh was likely to operate the tractor-trailer in such a manner as to create an unreasonable risk of harm to others;

(b) In negligently entrusting the aforementioned Aero Unit to Defendant Singh on or about March 16, 2022, when Defendant Aero know or should have known that Defendant Singh would operate the tractor-trailer in a negligent and careless manner; and

(c) In allowing Defendant Singh to drive the Aero Unit even though Defendant Aero knew or should have known that Defendant Singh was incompetent to drive the tractor-trailer on March 16, 2022.

40. The aforesaid collision and all of the resultant property damage, and related expenses incurred by the Plaintiff are the direct and proximate result of Defendant Aero Freight, Inc.'s negligent entrustment of the Aero Unit to Defendant Singh.

WHEREFORE, Plaintiff, ES Freight Lines, Inc., demands judgment against Defendants, Sandeep Singh and Aero Freight, Inc. in the amount of $172,021.37, plus interest, costs and such other relief as this Court deems just and proper.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, Lane E. Brody, Esq., is hereby designated trial counsel for the Plaintiff.

## CERTIFICATION OF COUNSEL

Pursuant to R. 4:5-1, the undersigned hereby certifies that at the time of filing this Complaint, the matter in controversy is not the subject of any other action pending in any Court and/or arbitration proceeding. I further certify that I am unaware of any other party who should be joined in this action.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 28, 2022

                                                          Respectfully submitted,

                                                          SAXTON & STUMP

                                                          Lane E. Brody, Esquire
                                                          NJ I.D. No. 010032006
                                                          4250 Crums Mill Road, Suite 201
                                                          Harrisburg, PA  17112
                                                          Telephone:  717.941.1215
                                                          Email:  lb@saxtonstump.com

                                                          Attorneys for Plaintiff, ES Freight Lines, Inc.

# EXHIBIT "B"

# Indiana Officer's Standard Crash Report

904002314

Local Id
202200122346

Vehicles: 2
Commercial: 2
Injuries: 0
Fatalities: 0

Hit and Run ☐

Page 1 of 4

Printed on 3/23/2022 11:15:08 AM

ISP TOLL ROAD 21, ORI ISP2100

## Drivers
1. SINGH, SANDEEP; 2. SINGH, KULWINDER

## Crash Details

| Field | Value |
|---|---|
| Location | I-80 125 RAMP D |
| County | LAGRANGE |
| Township | LIMA |
| City | HOWE |
| Crash Date | 03/16/2022 |
| Day of Week | Wednesday |
| Crash Time | 09:43 |
| Date of Report | 03/16/2022 |
| Latitude | 41.74712490 |
| Longitude | -85.32937939 |
| Weather Condition | CLEAR |
| Light Condition | DAYLIGHT |
| Locality | RURAL |
| Inside Corporate Limits? | NO |
| School Zone | ☐ |
| Roadway Surface | ASPHALT |
| Surface Condition | DRY |
| Roadway Classification | INTERSTATE |
| Train or Rail Equipment | ☐ |
| Construction Zone | ☐ |
| Roadway Junction | NO JUNCTION INVOLVED |
| Rumble Strips | ☐ |
| Deer | ☐ |

## Investigative Information

| Field | Value |
|---|---|
| Time Notified | 0945 |
| Time Arrived | 1013 |
| Primary Factor | IMPROPER TURNING (Unit 1) |
| Did this crash happen as a result of another incident? | NO |
| Type of Crash | SAME DIRECTION SIDESWIPE |
| Other Location of Investigation | AT SCENE ONLY |
| Investigation Complete | ✓ |
| Photos taken | ✓ |
| Total Estimate of all damage in Crash | $10001 TO $25000 |
| Investigative Officer | SHARP, SAMUEL |
| Agency | ISP TOLL ROAD 21 |
| ID Number | 9753 |
| Reviewing Officer | KAIZER, BRAD |
| Agency | ISP TOLL ROAD 21 |
| ID Number | 5032 |

## Narrative

The following was written by SHARP, SAMUEL

On Wednesday, March 16, 2022 at 09:43, vehicle 1 and trailer 1A ( blue, 2022, Kenworth and white, 2017 ,Utility) sideswiped Vehicle 2 trailer 2 (white , 2020, Volvo and white, 2012 Utility) at the 125.8 mile marker ramp D at 7 north travel plaza.

Driver 1 ( Sandeep Singh) stated that he was circling the west end of 7 north travel plaza to find an open gas pump. As he was turning the corner of the north most gas pump he noticed V2/T2 was parked and but collided with V2/T2. He then stated after the collision he made contact with the other driver and waited for a report.

Driver 2 ( Kulwinder Singh) stated that he was parked at the north most gas pump on the west side of 7 north travel plaza. He began to pump gas for V2 and stepped back into his cab to wait unil his tank was full. While he was in his cab he stated he felt a collison, made contact with the other driver and waited for a report.

Based upon my investigation it was determined that driver 1 miscalculated the the length of his trailer while attempting to maneuver around V2. The trailer of V1 then struck the rear of trailer 2 resulting in damage. D1 is at fault for the crash. Due to T1A damge, it remained on scene and D1 made own arrangements for removal.

# Indiana Officer's Standard Crash Report

904002314
Local Id
202200122346

Vehicles: 2
Commercial: 2
Injuries: 0
Fatalities: 0

Hit and Run: ☐

Page 2 of 4

Printed on 3/23/2022 11:15:08 AM

ISP TOLL ROAD 21, ORI ISP2100

## Unit 1 Driver
☐ Hit & Run  ☐ Aggressive Driving  ☐ Immediate Medical Attention

- **Last Name:** SINGH
- **First:** SANDEEP
- **Middle:**
- **Address:** 12406 SUTTER AVE OZONE PARK, NY 11420
- **DOB:** [redacted]
- **Age:** 22
- **Gender:** M
- **Driver's License Number:** 196-7000-122
- **Lic Type:** CD
- **Lic State:** NY
- **CDL Class:** A
- **Apparent Physical Status:** NORMAL
- **Restrictions:** NONE
- **Test Given:** NONE
- **Type Given:**
- **Driver Injury Status:**
- **EMS Number:**
- **Nature of Most Severe Injury:**
- **Location of Most Severe Injury:**
- **Safety Equipment Used:** LAP BELT, SHOULDER BELT
- **Safety Equipment Effective:** YES
- **Ejection/Trapped:** NOT EJECTED OR TRAPPED
- **If Cited:**
- **IC Codes:**

### Vehicle Information
- **Veh #:** 1
- **Color:** BLUE
- **Veh Year:** 2022
- **Occupants:** 2
- **Make:** KENWORTH
- **Model:** T680
- **Style:** CONVENTIONAL CAB
- **Insured By:** PRIME PROPERTY INS CO
- **Policy #:** PC21121527
- **Ins Phone #:** 248-621-9233
- **VIN:** 1XKYD49X5NJ482551
- **Plate Number:** AX153F
- **Plate Exp Year:** 2022
- **Plate State:** NJ
- **Towed?:** NO
- **Towed Due to Disabling Damage?:**
- **Initial Impact Area:** 9
  - ☐ Undercarriage ☐ Trailer ☐ None ☐ Unknown
- **Areas of Damage:** 9, 8, 7
  - ☐ Undercarriage ☐ Trailer ☐ None ☐ Unknown
- **Company Towed By:**
- **City Towed To:**
- **Fire?:** NO
- **Vehicle Use:** COMMERCIAL(TAXIS,COMMON,CONTRACT)
- **Event Collision With:** ANOTHER MOTOR VEHICLE
- **Emergency Run?:**
- **Type of Roadway:** RAMP
- **Roadway Character:** STRAIGHT/LEVEL
- **Direction of Travel:** WEST
- **Pre-Crash Vehicle Action:** TURNING LEFT
- **# of Axles:** 3
- **Oversized:** ☐
- **Speed Limit:** 20
- **Traffic Control Devices:** LANE CONTROL
- **Devices Operational?:**

### Owner Information
- **Vehicle Owner's Name:** AERO FREIGHT INC
- **Address:** 66 HERMMAN ST, CARTERET, NJ 07008

### Commercial Vehicle Information
- **Carrier's Name:** AERO FREIGHT
- **Address:** 66 HERMANN ST, CARTERET, NJ 07008
- **US DOT Number:** 3507845
- **CMV Inspection:** NO
- **HAZMAT Placard:** NO
- **HAZMAT Proper Shipping Name:**
- **HAZMAT Release of Cargo:**
- **Gross Vehicle Weight Rating:** 26,001# OR MORE
- **Hazmat 4-digit ID:**
- **Hazmat Class #:**
- **Cargo Body Type:** VAN/ENCLOSED BOX

## Unit 2 Driver
☐ Hit & Run  ☐ Aggressive Driving  ☐ Immediate Medical Attention

- **Last Name:** SINGH
- **First:** KULWINDER
- **Middle:**
- **Address:** 570 W DEKALB PIKE APT 311 KING OF PRUSSA, PA 19406
- **DOB:** [redacted]
- **Age:** 43
- **Gender:** M
- **Driver's License Number:** 32-455-580
- **Lic Type:** CD
- **Lic State:** PA
- **CDL Class:** A
- **Apparent Physical Status:** NORMAL
- **Restrictions:** NONE
- **Test Given:** NONE
- **Type Given:**
- **Driver Injury Status:**
- **EMS Number:**
- **Nature of Most Severe Injury:**
- **Location of Most Severe Injury:**
- **Safety Equipment Used:** NONE
- **Safety Equipment Effective:** N/A
- **Ejection/Trapped:** NOT EJECTED OR TRAPPED
- **If Cited:**
- **IC Codes:**

### Vehicle Information
- **Veh #:** 2
- **Color:** WHITE
- **Veh Year:** 2020
- **Occupants:** 1
- **Make:** VOLVO TRUCK
- **Model:** VNL
- **Style:** CONVENTIONAL CAB
- **Insured By:** UNITED FINANCIAL CASUALTY
- **Policy #:** 07916078-2
- **Ins Phone #:** 800-444-4487
- **VIN:** 4V4NC9EH9LN223987
- **Plate Number:** AH09068
- **Plate Exp Year:** 2022
- **Plate State:** PA
- **Towed?:** NO
- **Towed Due to Disabling Damage?:**
- **Initial Impact Area:** 6
  - ☐ Undercarriage ☐ Trailer ☐ None ☐ Unknown
- **Areas of Damage:** 5, 6
  - ☐ Undercarriage ☐ Trailer ☐ None ☐ Unknown
- **Company Towed By:**
- **City Towed To:**
- **Fire?:** NO
- **Vehicle Use:** COMMERCIAL(TAXIS,COMMON,CONTRACT)
- **Event Collision With:** ANOTHER MOTOR VEHICLE
- **Emergency Run?:**
- **Type of Roadway:** RAMP
- **Roadway Character:** STRAIGHT/LEVEL
- **Direction of Travel:** WEST
- **Pre-Crash Vehicle Action:** PARKED
- **# of Axles:** 3
- **Oversized:** ☐
- **Speed Limit:** 20
- **Traffic Control Devices:** LANE CONTROL
- **Devices Operational?:**

### Owner Information
- **Vehicle Owner's Name:** ES FREIGHT LINES INC
- **Address:** 164 EDEN ROAD, QUARRYVILLE, PA 17566

### Commercial Vehicle Information
- **Carrier's Name:** ES FREIGHT LINES INC
- **Address:** 164 EDEN ROAD, QUARRYVILLE, PA 17566
- **US DOT Number:** 3162521
- **CMV Inspection:** NO
- **HAZMAT Placard:** NO
- **HAZMAT Proper Shipping Name:**
- **HAZMAT Release of Cargo:**
- **Gross Vehicle Weight Rating:** 26,001# OR MORE
- **Hazmat 4-digit ID:**
- **Hazmat Class #:**
- **Cargo Body Type:** VAN/ENCLOSED BOX

# Indiana Officer's Standard Crash Report

**904002314**
Local Id
**202200122346**

Vehicles: **2**　　Commercial: **2**　　Injuries: **0**　　Fatalities: **0**

Hit and Run ☐

Page 3 of 4

Printed on 3/23/2022 11:15:08 AM

ISP TOLL ROAD 21, ORI ISP2100

## Trailers

| Vehicle # | Trailer Owner's Name | Address (Street/City, State Zip) | Lic State | Lic Year | License Number | Year | Make |
|---|---|---|---|---|---|---|---|
| 1 | AERO FREIGHT INC | 66 HERMMAN ST, CARTERET, NJ 07008 | TX | 2022 | 214952B | 2017 | UTILITY |
| 2 | ES FREIGHT LINES INC | 164 EDEN ROAD, QUARRYVILLE, PA 17566 | PA | 2022 | PT700G2 | 2012 | UTILITY |

## Property Damage

[illegible]

## Factors

**Unit 1:**
NONE (VEHICLE), IMPROPER TURNING, OTHER (DRIVER) - EXPLAIN IN NARRATIVE, NONE (ENVIRONMENTAL)

**Unit 2:**
NONE (VEHICLE), NONE (DRIVER), NONE (ENVIRONMENTAL)

| 904002314 | **Indiana Officer's Standard Crash Report** | | | | Hit and Run ☐ |
|---|---|---|---|---|---|
| Local Id | Vehicles | Commercial | Injuries | Fatalities | |
| **202200122346** | 2 | 2 | 0 | 0 | Page 4 of 4 |

Printed on 3/23/2022 11:15:08 AM

ISP TOLL ROAD 21, ORI ISP2100

**Crash Diagram**

CAD: 202200122346
Date/Time: 03-16-2022 / 0943 A.M. EST
Location: I-80 Toll Road 125.8 MM WB ( 7 North Rest Area Ramp D)
D1: Sandeep Singh
V1: Blue, 2022, Kenworth
T1A: White, 2017, Utility
D2: Kulwinder Singh
V2: White, 2020, Volvo
T2A: White 2012, Utility
Investigator Trp Sharp PE 9753
INDIANA STATE POLICE- District 21

N
Not To Scale

GAS PUMP

V1/T1A STRIKING V2/T2A

V1/T1A

**End of Report**

9. Corporate citizenship is determined by the corporation's state of incorporation and its principal place of business. *See* 28 U.S.C. § 1332(c)(1).

10. Defendant, Aero Freight, Inc. is also a corporation having a principal place of business located in Carteret, New Jersey and is, therefore, a resident and domiciliary of the State of New Jersey. **[See Exhibits "A" and "B."]**.

11. Defendant, Singh, resides and is a domiciliary of the State of New York. **[See Exhibits "A" and "B."]**.

12. The civil action is between citizens of different states and is a civil action over which the District Courts of the United States have original jurisdiction by virtue of diversity jurisdiction granted pursuant to 28 U.S.C. § 1332.

13. Diversity jurisdiction also requires that the amount in controversy exceed $75,000.00 ~~and that the action is between citizens of different states~~. See 28 U.S.C. § 1332 (a), (a)(1).

14. Plaintiff seeks damages in excess of $75,000.00. **[See Exhibit "A."]**.

15. This Notice of Removal is timely filed, under 28 U.S.C. § 1446(b) because the Complaint was received by insurance representatives of the Aero Defendants on or about August 3, 2022 and thereafter to the undersigned counsel on or about August 23, 2022, and this Notice of Removal is filed within thirty (30) days of receipt of the Complaint and within one year of the commencement of the action.

16. Concurrently with this Notice of Removal, and in accordance with 28 U.S.C, the Aero Defendants will issue written notice to Plaintiff by contemporaneously serving a true and exact copy of this Notice of removal with Exhibits.

{00547537.DOCX v.1}

17. By the filing of this Notice of Removal, the Aero Defendants do not waive any defenses, counterclaims and/or cross0claims available to them.

18. The Aero Defendants specifically reserve the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendants, Aero Freight Inc. and Sandeep Singh, respectfully request that this civil action be removed to the United States District Court for the District of New Jersey, that this Court assume jurisdiction of this civil action, and that this Court enter such other and further orders as may be necessary to accomplish the requested removal and to promote the ends of justice.

Respectfully submitted,

**FLORIO PERRUCCI STEINHARDT**
**CAPPELLI TIPTON & TAYLOR, LLC**

BY: _____
Susan A. Lawless, Esquire
*Attorney for Defendants, Aero Freight, Inc.*
*and Sandeep Singh*

Dated: August 31, 2022